# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| PHILIP A. DUGGAN,<br><br>*Plaintiff*<br>v.<br>UNITED STATES OF AMERICA,<br><br>*Defendant* | ) ) ) ) ) ) Civil Action No. 2:16-CV-034-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 48) is DENIED. Defendant's Motion for Summary Judgment is Granted (ECF No. 53). Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a Motions for Summary Judgment.

Date: August 14, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb